JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PERKINS, | CV 12-0086 PA<br>CR 10-0091 PA |
| Petitioner, | |
| v. | JUDGMENT DISMISSING PETITIONER'S ACTION WITH PREJUDICE |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Court's May 7, 2012 Order denying Petitioner Mary Perkins' Motion for Relief Pursuant to 28 U.S.C. § 2255,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's action is dismissed with prejudice.

DATED: May 7, 2012    _____
                                Percy Anderson
                       UNITED STATES DISTRICT JUDGE